UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-22620-CIV-MORENO**

MARIO ECHEVARRIA, ESTHER SANCHEZ,
CARMEN FLORIDO, and CONSUELO
CUEVAS,

      Plaintiffs,

vs.

EXPEDIA, INC., HOTELS.COM L.P.,
HOTELS.COM GP, LLC, ORBITZ, LLC,
BOOKING HOLDINGS INC., and
BOOKING.COM B.V.,

      Defendants.
_____/

**ORDER SETTING HEARING ON MOTION TO DISMISS**

THIS CAUSE came before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that oral argument on Defendant's Motion to Dismiss with Prejudice Plaintiffs' Amended Complaint (**D.E. 77**) shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **October 19, 2020 at 10:30 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th of September 2020.

                                               _____
                                               FEDERICO A. MORENO
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record