UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-22620-CIV-MORENO**

MARIO ECHEVARRIA, ESTHER
SANCHEZ, CARMEN FLORIDO, and
CONSUELO CUEVAS,

    Plaintiffs,

vs.

EXPEDIA, INC., HOTELS.COM L.P.,
HOTELS.COM GP, LLC, ORBITZ, LLC,
BOOKING HOLDINGS INC., and
BOOKING.COM B.V.,

    Defendants.
_____/

### ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

*Mario Del Valle et al. v. Trivago GMBH et al.* is currently pending before the Eleventh Circuit Court of Appeals. The case number there is 20-12407. That case raises many of the same issues that are currently before the District Court in this case. The parties are also represented by the same counsel. The Court is wary of expending judicial and party resources on questions the Eleventh Circuit may soon rule upon Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **June 22, 2021**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of March 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record