UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-22620-CIV-MORENO

MARIO ECHEVARRIA,

    Plaintiff,

vs.

EXPEDIA GROUP, INC., HOTELS.COM
L.P., HOTELS.COM GP, LLC, and ORBITZ,
LLC,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW DEEMED ADMISSIONS AND REPLACE THEM WITH SERVED RESPONSES

THIS CAUSE came before the Court upon Defendants' Motion to Withdraw Deemed Admissions and Replace them with Served Responses **(D.E. 231)**, filed on **July 19, 2024**.

THE COURT has considered the motion, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court finds Rule 36(b)'s two-part test met. Rule 36(b) provides the Court "may permit withdrawal or amendment if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits." The Court will allow the Defendants to withdraw deemed admissions and replace them with the served responses, which were provided only one day after the July 15, 2024 deadline.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 of August 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record