# EXHIBIT A

## PENDING MOTIONS TO COMPEL-REQUESTS FOR PRODUCTION[1]

**RFPs related to hotel reservations**

| RFP Set No. | RFP No. | D.E. No. | Request |
|---|---|---|---|
| 1 | 1 | 162 | All documents related to any reservation made at the Iberostar Hotels through your websites, including the name and state of the guest, date the reservation was made, dates of stay, method of payment, and whether the guest stayed at the Iberostar Hotels. |
| 1 | 53 | 162 | All documents related to persons who booked reservations at the Iberostar Hotels on your websites after August 7, 2019. |

**RFPs related to lawful travel affirmative defense**

| RFP Set No. | RFP No. | D.E. No. | Request |
|---|---|---|---|
| 1 | 9 | 162 | All documents related to your policies and procedures for determining whether persons who book reservations on your websites for hotel accommodations in Cuba meet one of the categories for lawful travel as identified in 31 C.F.R. § 515.560. |
| 1 | 17 | 162 | All documents related to your compliance efforts regarding your offering of booking services, or reservations booked on your websites, for hotels in Cuba, including the Iberostar Hotels, including, but not limited to, compliance reports, audit reports, and audit committee minutes. |
| 1 | 19 | 162 | All documents related to any allegation, notice, or accusation that you have violated any condition of any U.S. law or regulation with respect to your offering of booking services for, or reservations at, hotels in Cuba, including the Iberostar Hotels. |
| 1 | 26 | 162 | All documents related to the reasons provided to you by persons who made reservations on your websites for hotel accommodations in Cuba for their travel to Cuba, including, but not limited to, any online forms filled out by your customers. |
| 2 | 1 | 177 | All reviews posted on Your websites, during the relevant time period, about the Iberostar Hotels. |

---

[1] The same requests were served in Case No. 19-cv-22620 related to the Pullman Cayo Coco. They also are pending.

| 3 | 13 | 186 | All documents related to customer self-certifications containing the customer's selected reason for travel to Cuba after February 2016. |
|---|---|---|---|
| 4 | 2 | 205 | All documents related to reservations made on your websites by persons who reported a Cuban address. |
| 4 | 4 | 205 | All documents related to reservations made on your websites for hotels in Cayo Coco that included more than one room per booking. |
| 4 | 5 | 205 | All documents related to reservations made on your websites for Iberostar Hotels that included more than one room per booking. |

**RFPs related to advertisements or promotions**

| RFP Set No. | RFP No. | D.E. No. | Request |
|---|---|---|---|
| 1 | 3 | 162 | All documents related to emails or other communications you have sent to persons who searched for accommodations in Cuba, including at the Iberostar Hotels, on your websites. |
| 1 | 63 | 162 | All documents related to your follow-up communications to Floridians who browsed hotels in Cuba on your websites. |

**RFPs related to hotel accommodations in Cuba (*modus operandi*)**

| RFP Set No. | RFP No. | D.E. No. | Request |
|---|---|---|---|
| 1 | 3 | 162 | All documents related to emails or other communications you have sent to persons who searched for accommodations in Cuba, including at the Iberostar Hotels, on your websites. |
| 1 | 4 | 162 | All documents related to your policies, procedures or systems for identifying the geographic location of persons who searched for accommodations in Cuba on your website. |
| 1 | 5 | 162 | All documents related to your business or marketing plans to promote hotel bookings in Cuba, including the Iberostar Hotels. |
| 1 | 9 | 162 | All documents related to your policies and procedures for determining whether persons who book reservations on your websites for hotel accommodations in Cuba meet one of the categories for lawful travel as identified in 31 C.F.R. § 515.560. |

| | | | |
|---|---|---|---|
| 1 | 10 | 162 | All documents related to communications between you and the Cuban government related to your offering of booking services for, or reservations at, hotels in Cuba, including the Iberostar Hotels. |
| 1 | 12 | 162 | All documents related to communications with the U.S. government (including OFAC) about your offering of booking services for hotels in Cuba, including the Iberostar Hotels. |
| 1 | 13 | 162 | All documents related to studies, analysis, discussions, planning, or other review of the possibility or prospect of offering booking services for hotels in Cuba, including, but not limited to, proposals, business plans, or market studies. |
| 1 | 14 | 162 | All documents related to your applications for licenses, permits, or other authorizations from the U.S. Government (including OFAC) for your offering of booking services for hotels in Cuba, including, but not limited to, original applications and applications for extensions or renewals. |
| 1 | 15 | 162 | All documents related to any audits, inspections, or reviews conducted by the U.S. government (including OFAC) regarding reservations, or your offering of booking services, for hotels in Cuba. |
| 1 | 16 | 162 | All documents related to any audits, inspections, or reviews that you have conducted or commissioned (whether internal or external) regarding your offering of booking services for, or reservations at, hotels in Cuba, including the Iberostar Hotels. |
| 1 | 17 | 162 | All documents related to your compliance efforts regarding your offering of booking services, or reservations booked on your websites, for hotels in Cuba, including the Iberostar Hotels, including, but not limited to, compliance reports, audit reports, and audit committee minutes. |
| 1 | 18 | 162 | All documents related to any allegation, notice, or accusation that you have violated any condition of any license, permit, or other authorization with respect to your offering of booking services for, or reservations at, hotels in Cuba, including the Iberostar Hotels. |
| 1 | 19 | 162 | All documents related to any allegation, notice, or accusation that you have violated any condition of any U.S. law or regulation with respect to your offering of booking services for, or reservations at, hotels in Cuba, including the Iberostar Hotels. |
| 1 | 21 | 162 | All documents you have retained about your offering of booking services for hotel accommodations in Cuba, including for the Iberostar Hotels, pursuant to U.S. government (including OFAC) laws or regulations. |

| | | | |
|---|---|---|---|
| 1 | 22 | 162 | All documents you have retained about reservations booked on your websites for hotels in Cuba, including the Iberostar Hotels, pursuant to U.S. government (including OFAC) laws or regulations. |
| 1 | 24 | 162 | All documents related to your marketing or advertising of your offering of booking services for hotel accommodations in Cuba, including, but not limited to, press releases, statements, advertisements, internet posts, and blog posts, and direct communications to potential customers. |
| 1 | 26 | 162 | All documents related to the reasons provided to you by persons who made reservations on your websites for hotel accommodations in Cuba for their travel to Cuba, including, but not limited to, any online forms filled out by your customers. |
| 1 | 28 | 162 | All documents related to your efforts to determine whether persons who made reservations on your websites for hotel accommodations in Cuba met one of the categories for lawful travel as identified in 31 C.F.R. §515.560. |
| 1 | 30 | 162 | All documents related to any monies you have expended to fund your offering of booking services for hotel accommodations in Cuba, including, but not limited to, monies spent for advertising, compliance, research, client development, and lobbying. |
| 1 | 32 | 162 | All documents related to financial reports or statements with respect to your offering of booking services for hotel accommodations in Cuba, including, but not limited to, financial statements, balance sheets, income statements, cash flow statements, and profit and loss statements. |
| 2 | 1 | 177 | All reviews posted on Your websites, during the relevant time period, about the Iberostar Hotels. |
| 3 | 3 | 186 | All documents related to the business relationship, including any contracts or agreements, between you and Iberostar Group. |
| 3 | 5 | 186 | All documents related to the use of Expedia platforms, including Expedia Quick Connect and Expedia Partner Central, by Iberostar Group. |
| 3 | 7 | 186 | All documents related to the use of Expedia payment platforms by Iberostar Group. |
| 3 | 9 | 186 | All documents relate to the use of Expedia Virtual Card by Iberostar Group. |
| 3 | 10 | 186 | All documents related to reservations at Iberostar Hotels after January 30, 2018. |
| 3 | 12 | 186 | All documents related to your communications with any financial institution to explain, justify, or cause the |

| | | | |
|---|---|---|---|
| | | | financial institution to process payment for hotel bookings in Cuba. |
| 4 | 2 | 205 | All documents related to reservations made on your websites by persons who reported a Cuban address. |
| 4 | 3 | 205 | All documents related to reservations made on your websites for hotels in Cuba that included more than one room per booking. |
| 4 | 4 | 205 | All documents related to reservations made on your websites for hotels in Cayo Coco that included more than one room per booking. |
| 4 | 5 | 205 | All documents related to reservations made on your websites for Iberostar Hotels that included more than one room per booking. |

**RFPs to supplement responses**

| RFP Set No. | RFP No. | D.E. No. | Request |
|---|---|---|---|
| 1 | 1 | 162 | All documents related to any reservation made at the Iberostar Hotels through your websites, including the name and state of the guest, date the reservation was made, dates of stay, method of payment, and whether the guest stayed at the Iberostar Hotels. |
| 1 | 3 | 162 | All documents related to emails or other communications you have sent to persons who searched for accommodations in Cuba, including at the Iberostar Hotels, on your websites. |
| 1 | 9 | 162 | All documents related to your policies and procedures for determining whether persons who book reservations on your websites for hotel accommodations in Cuba meet one of the categories for lawful travel as identified in 31 C.F.R. § 515.560. |
| 1 | 17 | 162 | All documents related to your compliance efforts regarding your offering of booking services, or reservations booked on your websites, for hotels in Cuba, including the Iberostar Hotels, including, but not limited to, compliance reports, audit reports, and audit committee minutes. |
| 1 | 19 | 162 | All documents related to any allegation, notice, or accusation that you have violated any condition of any U.S. law or regulation with respect to your offering of booking services for, or reservations at, hotels in Cuba, including the Iberostar Hotels. |
| 1 | 26 | 162 | All documents related to the reasons provided to you by persons who made reservations on your websites for hotel accommodations in Cuba for their travel to Cuba, |

|   |    |     |                                                                                                                                                      |
|---|----|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|
|   |    |     | including, but not limited to, any online forms filled out by your customers.                                                                        |
| 1 | 49 | 162 | All documents related to persons who have booked reservations at the Iberostar Hotels on your websites and traveled for tourism.                     |
| 1 | 53 | 162 | All documents related to persons who booked reservations at the Iberostar Hotels on your websites after August 7, 2019.                              |
| 1 | 74 | 162 | All documents related to the advertising revenues you received related to your offering of the Iberostar Hotels                                      |
| 3 | 17*| 186 | All documents responsive to the First Request for Production for the period from April 2020 to present.                                              |

*Relates to supplementing discovery on all RFPs.