UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 19-22620-CIV-MORENO

MARIO ECHEVARRIA,

        Plaintiff,

vs.

EXPEDIA GROUP, INC., HOTELS.COM
L.P., HOTELS.COM GP, LLC, AND
ORBITZ, LLC,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF ADAM SMITH

THIS CAUSE came before the Court upon Plaintiff's Motion to Exclude Expert Testimony of Adam M. Smith **(D.E. 259)**.

THE COURT has considered the motion, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. The Court will hear argument from counsel regarding the relevant regulations from the Office of Foreign Asset Control and decide any issues of law during the trial. By separate order, the Court will require both sides to submit jury instructions regarding the pertinent law.

DONE AND ORDERED in Chambers at Miami, Florida, this ___3___ of March 2025.

                    _____

                    FEDERICO A. MORENO
                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record