UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22620-CIV-MORENO

MARIO ECHEVARRIA,

       Plaintiff,

vs.

EXPEDIA GROUP, INC., HOTELS.COM L.P., HOTELS.COM GP, LLC, and ORBITZ, LLC,

       Defendants.
_____/

## ORDER ON DEFENDANTS' OMNIBUS MOTION IN LIMINE

THIS CAUSE came before the Court upon Defendants' Omnibus Motion in Limine **(D.E. 264)**.

THE COURT has considered the motion, the response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Defendants' motion in limine is adjudicated as follows:

(1) *2019 Settlement with the Office of Foreign Asset Control-* The Court denies the motion to exclude the 2019 settlement with leave to reargue at calendar call.

(2) *Declaration of Carmen Cuevas Angulo and Secondary Sources-* Defendants move to exclude hearsay documents such as a declaration from one of Plaintiff's ancestors, newspaper articles, books, and other periodicals. The Court will allow the 1959 declaration of Carmen Cuevas Angulo filed before the Tax Collector Board of Moron, Cuba subject to proper authentication. The Court, however, grants Defendants' motion to exclude as hearsay the 1961 article published by the American

Bar Association, the 1971 book titled "Cuba, the Pursuit of Freedom," a 1994 book titled Cayo Coco: Una Isla Robada al Mar," and the newspaper articles to prove the location of Cayo Coco.

(3) *Report of Avelino Gonzalez*- Although the Court will allow Mr. Gonzalez to testify at trial and as an expert he is entitled to rely on hearsay material, the Court grants the motion to exclude the report of Avelino Gonzalez.

(4) *Spanish Documents*- The Court grants the motion to exclude any documents that are not a certified translation. Plaintiff's response indicates that he only intends to submit translated documents. All documents listed on the exhibit list must be in English.

(5) *Reservations prior to August 7, 2019*- The Court denies the motion with leave to reargue after the summary judgment is decided.

(6) *Evidence of Alter Ego and Trafficking Activities*- The Court denies the motion with leave to reargue after summary judgment is decided.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record