UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22620-FAM

_____

**Mario Echevarria**, **Esther Sanchez**,
**Consuelo Cuevas**, and **Carmen Florido**,
    Plaintiffs,

v.

**Expedia Group, Inc.**, **Hotels.com L.P.**,
**Hotels.com GP, LLC**, **Orbitz, LLC**,
    Defendants.
_____

*Consolidated with*
Case No. 1:19-cv-22621-FAM

_____

**Mario Echevarria**, individually and on behalf
of all others similarly situated,
    Plaintiff,

v.

**Expedia Group, Inc.**, **Hotels.com L.P.**,
**Hotels.com GP, LLC**, **Orbitz, LLC**,
    Defendants.
_____

### DEFENDANTS' UNOPPOSED MOTION
### TO SCHEDULE ARGUMENT ON POST-TRIAL ISSUES

    Through an Order issued shortly after the trial, the Court set out a briefing schedule for various motions by Defendants, including Rule 50(a) and 50(b) motions and motion for new trial. ECF No. 22620-481. The Order also stated that, "barring any conflicts, oral argument shall be held during the week of August 25, 2025." *Id.*

    Based on the Court's Order, counsel for Defendants have kept the week of August 25 available for oral argument before this Court. In order to facilitate travel to Miami and logistical planning, Defendants respectfully request that the Court schedule the hearing during that week, as stated in the Order, to address pending post-trial motions. Plaintiff does not oppose this motion seeking a setting for argument on the post-trial issues the week of August 25.

4925-2942-7807

Time is critical to resolving the post-trial issues and rendering judgment because Rule 58(c) imposes a time limit for entering judgment. Specifically, judgment is deemed entered 150 days after the jury verdict is entered on the docket if by that date judgment has not been set out in a separate document as required by Rule 58(a). *See Eghnayem v. Boston Sci. Corp.*, No. 1:14-CV-024061, 2016 WL 4051311, at *20 (S.D. Fla. Mar. 17, 2016), aff'd, 873 F.3d 1304 (11th Cir. 2017). Here, the four verdict forms were entered on the docket on April 18. ECF No. 22620-477, 478, 479, 480. September 15 is 150 days after the verdict forms were entered. Thus, if this Court has not entered judgment by September 15, the four separate verdict forms will be deemed to be entered as judgments on that date.

Defendants stand ready to appear before the Court and address all post-trial issues any day the week of August 25. Defendants respectfully pray that the Court set a hearing during that week so that the parties can prepare and be ready to present helpful argument for the Court.

Dated: August 15, 2025

                Respectfully submitted,

                SCOTT DOUGLASS & MCCONNICO LLP
                303 Colorado Street, Suite 2400
                Austin, Texas 78701
                (512) 495-6300 Telephone
                (512) 495-6399 Facsimile

By: ___/s/ David D. Shank___
        David D. Shank (*pro hac vice*)
        Texas Bar No. 24075056
        dshank@scottdoug.com
        Cheryl Joseph LaFond (*pro hac vice*)
        Texas Bar No. 24104015
        clafond@scottdoug.com
        Santosh Aravind (*pro hac vice*)
        Texas Bar No. 24095052
        saravind@scottdoug.com
        Jane Webre (*pro hac vice*)
        Texas Bar No. 21050060
        jwebre@scottdoug.com
        Stephen Burbank (*pro hac vice*)
        Texas Bar No. 24109672
        sburbank@scottdoug.com
        Rebecca Jahnke (*pro hac vice*)
        Texas Bar No. 24129982
        bjahnke@scottdoug.com

3

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
(305) 374-5600 Telephone
(305) 349-4656 Facsimile

By: _/s/ Lorayne Perez_____
Lorayne Perez
Florida Bar No. 085265
lorayne.perez@akerman.com

*Attorneys for Defendants Expedia Group, Inc., Hotels.com, L.P., Hotels.com GP, LLC, and Orbitz, LLC*