UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22620-CIV-MORENO
19-22621-CIV-MORENO

MARIO ECHEVARRIA,

        Plaintiff,

vs.

EXPEDIA GROUP, INC.,

        Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the Court's September 5, 2025 order setting aside the jury verdict against Defendant Expedia Group, Inc., judgment is entered in favor of Defendant Expedia Group, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this ___8___ of September 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record